IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHRISTINA MORZENTI,

          Plaintiff,            ORDER

v.            12-cv-465-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

          Defendant.

---

On October 2, 2012, the court issued an order remanding this case to the commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g) pursuant to joint stipulation of the parties. Judgment was entered on October 3, 2012. Before the court is plaintiff's motion for an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 and expenses in the amount of $967.25, to which defendant has failed to object.

ORDER

IT IS ORDERED that plaintiff's motion for an award of attorney fees and expenses under the Equal Access to Justice Act is GRANTED. Plaintiff is awarded fees and costs in the amount of $967.25.

Entered this 22nd day of November, 2013.

BY THE COURT:

WILLIAM M. CONLEY
District Judge